SCHONEBERGER, Respondent, v. FEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Charlotte Schoneberger, individually and as executrix, against James Fey. No opinion. Judgment affirmed, with costs. See, also, 152 N. Y. Supp. 1142.

SCHOTT, Respondent, v. UNITED STATES PRINTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Annie Schott, as administratrix, etc., of John Schott, deceased, against the United States Printing Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and PUTNAM, JJ., vote for reversal.

SEILER, Respondent, v. McGREGOR, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by George Seiler against John McGregor. No opinion. Judgment and order affirmed, with costs.

SENNETT, Respondent, v. BACKUS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by John Sennett against Clinton T. Backus and another. No opinion. Order affirmed, with $10 costs and disbursements.

SETTERLUND, Respondent, v. SETTERLUND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by Corinne B. Setterlund against Frank B. Setterlund and another. No opinion. Interlocutory judgment affirmed, with costs.

SHIELDS ·et al., Respondents, v. LANTRY, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by John J. Shields and another against Barney Lantry. No opinion. Judgment unanimously affirmed, with costs.

SHINNICK v. CLOVER FARMS CO. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Thomas Shinnick against the Clover Farms Company. No opinion. Application granted. Order signed. See, also, 152 N. Y. Supp. 649; 153 N. Y. Supp. 1144.

SHINNICK v. CLOVER FARMS CO. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Thomas Shinnick against the Clover Farms Company. No opinion. Motion for stay granted. Settle order on notice. See, also, 153 N. Y. Supp. 1144.

· SILBERFELD, Appellant, v. KOHN, Respondent. (Supreme Court, Appellate Division, First Department. June 4, 1915.) · Action by Solomon Silberfeld against Walter T. Kohn. G. W. Glaze, of New York City, for appellant. J. C. Weschler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SILLER, Respondent, v. E. W. BLISS CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Fred Siller against the E. W. Bliss Company.

PER CURIAM. The parties hereto having stipulated in open court that a justice may be substituted in place of BURR, J., deceased, Mr. Justice PUTNAM was so substituted. Judgment and order unanimously affirmed, with costs.

SIMPSON et al. v. METROPOLITAN TRUST CO. OF CITY OF NEW YORK. (No. 7475.) (Supreme Court, Appellate Division, First Department. June 18, 1915.) Appeal from Trial Term, New York County. Action by John W. Simpson and others against the Metropolitan Trust ·Company of the City of New York, as administrator, etc. From a judgment entered upon a directed verdict, and from an order denying a motion for a new trial, defendant appeals. Judgment and order affirmed. Nash Rockwood, of New York City, for appellant. Graham Sumner, of New York City, for respondents.

PER CURIAM. Judgment and order affirmed, with costs.

McLAUGHLIN, J. (dissenting). I am unable to concur with the other members of the court that the judgment and order appealed from should be affirmed. Upon the facts presented to the trial court, I think it should have permitted the defendant to have amended its answer by setting up the plea of payment. I therefore vote to reverse the judgment and order and grant a new trial, with permission to the defendant to apply at Special Term for leave to amend its answer by setting up the plea of payment of the note sued on.

In re SIRE (two cases). (Supreme Court, Appellate Division, Second Department. June 10, 1915.) In the matter of the judicial settlement of the account of Albert I. Sire, as administrator of David Kutner, deceased. No opinion. Motions granted, and cases set down for argument at the foot of the present calendar.

SLAVIZ, Appellant, v. HAYES et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by William Slaviz, as administrator of Ferdinando Femia, deceased, against Thomas Hayes and Michael Welsch. No opinion. Order modified, by providing that a new trial be granted, upon the ground that the verdict was against the weight of evidence, and judgment reversed, costs to abide the event. Settle order before Mr. Justice Rich.